IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORIN KRISTICH,

        Petitioner,

vs.                                                      No. CV 19-00836 RB/JFR

WARDEN JUDD,

        Respondent.

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

THIS MATTER is before the Court on the Motion for Appointment of Counsel filed by Petitioner Orin Kristich (Doc. 2). The Court will deny the Motion.

Petitioner Kristich is a pretrial detainee, awaiting trial on federal charges. *See United States v. Kristich,* No. CR 18-02635 WJ. In this proceeding under 28 U.S.C. § 2241, Petitioner Kristich asks the Court to dismiss the indictment in case no. CR 18-02635. (Doc. 1). Kristich is represented by the Office of the Federal Public Defender in no. CR 18-02635 but is proceeding pro se in this case.

There is no right to appointment of counsel in a habeas corpus case under 28 U.S.C. § 2241. Instead, the decision whether to request assistance of counsel rests in the sound discretion of the Court. *Beaudry v. Corrections Corp. of America,* 331 F.3d 1164, 1169 (10th Cir.2003); *MacCuish v. United States,* 844 F.2d 733, 735 (10th Cir.1988). In determining whether to appoint counsel, the district court should consider the merits of the litigant's claims, the nature and complexity of the factual and legal issues, and the litigant's ability to investigate the facts and to present his claims. *Hill v. SmithKline Beecham Corp.,* 393 F.3d 1111, 1115 (10th Cir.2004).

1

The Court has reviewed the Petition and subsequent filings in light of the foregoing factors. Petitioner appears to understand the issues in the case and to be representing himself in a capable manner. *See Lucero v. Gunter*, 52 F.3d 874, 878 (10th Cir. 1995). Accordingly, the Court will deny the Motion for Appointment of Counsel.

**IT IS ORDERED** that the Motion for Appointment of Counsel filed by Petitioner Orin Kristich (Doc. 2) is **DENIED**.

_____
UNITED STATES MAGISTRATE JUDGE